United States Courts
Southern District of Texas
FILED
*August 19, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. **L-25-CR- 1289** |
| § | |
| **ARIANA GUADALUPE GARCIA** § | **DS** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about July 20, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ARIANA GUADALUPE GARCIA,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Supervisory Customs and Border Protection Officer (SCBPO) Erik Valdez, and engaged in acts involving physical contact, to wit: Garcia struck SCBPO Erik Valdez on the left shoulder while SCBPO Erik Valdez was engaged in, and on account of the performance of the Agent's official duties, in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT TWO

On or about July 20, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ARIANA GUADALUPE GARCIA,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Customs and Border Protection Officer (CBPO) Jose Gutierrez, and engaged in acts involving physical contact, to wit: Garcia struck a CBPO Jose Gutierrez in the left ear while CBPO Jose

Gutierrez was engaged in, and on account of the performance of the Agent's official duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Ann Francis Booth*
Ann Francis Booth
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET** NO. L-25-CR-1289

<u>    LAREDO    </u> DIVISION

FILE: 25R09169   MAG#:  25MJ1386
<u>INDICTMENT</u>   Filed:<u> August 19, 2025</u>

Judge: <u>**DS**</u>

UNITED STATES OF AMERICA

V.

**ARIANA GUADALUPE GARCIA**

ATTORNEYS:

<u>NICHOLAS J. GANJEI, USA</u>
<u>ANN FRANCIS BOOTH, AUSA</u>

**CHARGE:**
Ct 1:   Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]
Ct 2:   Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]

**TOTAL COUNTS: 2**

**PENALTY:**
Cts.1-2:   Not More than 8 Years and/or $250,000, $100 Special Assessment,
           Not More than a 3 Year Term of Supervised Release [Each Count]