UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VERSUS - - - - - - - - - - - - - - - | CRIMINAL ACTION NO. 5:25-CR-1289 |
| **ARIANA GUADALUPE GARCIA** | **EXHIBIT LIST** |

| JUDGE DIANA SALDAÑA | CASE MANAGER: VERONICA CABALLERO |
|---|---|
| LIST OF<br><br>X GOVERNMENT      ☐ DEFENDANT | PROCEEDING: TRIAL<br><br>DATE: NOVEMBER 6, 2025 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1. | PHOTO – VICTIM 1 SHOULDER | | | | |
| 2. | PHOTO – VICTIM 2 EAR | | | | |
| 3. | PHOTO – VICTIM 2 EAR (2) | | | | |
| 4. | VIDEO -NORTH PASEO | | | | |
| 5. | VIDEO – SOUTH PASEO | | | | |
| 6. | VIDEO -NORTH PLAZA PTZ | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |