**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:25-CR-01289** |
| | § | |
| **ARIANA GUADALUPE GARCIA** | § | |
| Defendant | | |

## ADVISORY TO THE COURT

The United States of America hereby files this advisory to notify the Court and Defense Counsel to disregard Docket No. 25. The Government has already disclosed the information to Defense Counsel. A memo was drafted by the Officer with Customs and Border Protection and uploaded with the rest of the discovery.

Respectfully submitted this 12TH day of November 2025.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Ann Francis Booth*

Ann Francis Booth
Assistant United States Attorney