United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| VS. | § | CRIMINAL NO. 5:25-CR-1289 |
| | § | |
| **ARIANA GUADALUPE GARCIA** | § | |

**ORDER**

On December 12, 2025, Defendant Ariana Guadalupe Garcia ("Defendant") filed an opposed motion for leave to file defendant's motion out-of-time. (Dkt. 37.) Defendant's Motion for Leave, (Dkt. 37), is hereby GRANTED. The Government is ORDERED to respond to Defendant's Motion to Dismiss, (Dkt. 38), on or before **December 29, 2025**.

In light of the pending Motion to Dismiss, the motion hearing set for December 15, 2025, is TERMINATED and will be reset, if necessary, subsequent to the Court's consideration of Defendant's Motion to Dismiss. The Court also terminates the Parties' deadline to submit jury instructions and will issue a deadline to submit jury instructions, if necessary, in a separate order.

IT IS SO ORDERED.

SIGNED this December 12, 2025.

Diana Saldaña
United States District Judge