**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| **v.** | § § § | **CASE NO. 5:25-CR-1289** |
| **ARIANA GUADALUPE GARCIA** | § § § | |

**OPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OUT OF TIME**

TO THE HONORABLE JUDGE DIANA SALDANA, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, and files this Motion for Leave to file its response to the Motion to Dismiss in the above numbered and captioned cause of action out of time, and in support thereof states as follows:

I.

On December 12, 2025, Defendant filed its Motion to Dismiss Indictment for Destruction of Evidence. Dkt No. 38. The Court ordered the Government to respond by December 29, 2025. Dkt. No. 39.

II.

The undersigned Assistant United States Attorney (AUSA) unintentionally and in error, missed the ECF notification which contained the deadline to file its response. The AUSA sincerely

apologizes to the Court and respectfully requests leave of the Court to file its response to the motion to dismiss by January 13, 2026.

III.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests that this Honorable Court grant the United States leave to file its response out of time and by no later than January 13, 2026.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

Ann Francis Booth
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Ann Francis Booth, Assistant United States Attorney, certify that on this the 6th day of January 2026, a copy of the foregoing Motion for Leave to File Out of Time was served electronically via the CM/ECF filing system on the counsel for the defense.

Ann Francis Booth
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On January 6, 2026, the undersigned attorney conferred with defense counsel, Christina Arellano-Villarreal, who is opposed to this motion.

Ann Francis Booth
Assistant United States Attorney