United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 5:25-CR-1289** |
| | § | |
| **ARIANA GUADALUPE GARCIA** | § | |

## ORDER

For the reasons set forth in its Order, (Dkt. 41), the Court granted Defendant's Motion to Dismiss, (Dkt. 38). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this criminal case and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this May 1, 2026.

Diana Saldaña
United States District Judge